AO 442 (Rev. 11/11) Arrest Warrant

11132607

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

FILED

JUL 23 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| United States of America<br>v.<br><br>Matthew Paul Slatzer<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.<br>)  **5:20 CR 297**<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Matthew Paul Slatzer                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. §§ 922(g)(9) and 924(a)(2) - Possession of a Firearm by a Person with Domestic Violence Conviction

Date:       06/11/2020

_____
*Issuing officer's signature*

City and state:     Cleveland, OH

_____
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 6/12/20 , and the person was arrested on *(date)* 6/18/20<br>at *(city and state)* Cleveland, OH . <br><br>Date: 7·21·21 <br><br>_____<br>*Arresting officer's signature* FOR FBI<br><br>Ames Murphy SDUSM<br>_____<br>*Printed name and title* |